**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

----------------------------------------------------------------- x
:
MALCOLM HOLLENSTEINER, :
:
                                Plaintiff, :    Case No. 8:10-cv-00200 (AW)
:
    - against - :
:
WATERFIELD GROUP, et al., :
:
                              Defendants. :
:
:
:
:
-----------------------------------------------------------------X

**PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION
OF TIME TO RESPOND TO DEFENDANT WATERFIELD GROUP'S MOTION
TO DISMISS AND DEFENDANT WATERFIELD BANK'S MOTION TO STAY
THESE PROCEEDINGS**

Plaintiff Malcolm Hollensteiner, by and through undersigned counsel, respectfully submits this motion for a 30 day extension of time, until May 12, 2010, in which to file his opposition to the motion to dismiss filed by Defendant Waterfield Group[1] and the motion to stay this action filed by the Federal Deposit Insurance Company (the "FDIC") in its capacity as the Receiver for Defendant Waterfield Bank.

    1.    This Motion is made with the consent of Defendants' counsel.

    2.    On March 25, 2010, the FDIC filed the Motion of the FDIC to Substitute Itself for Defendant Waterfield Bank as the Real Party in Interest and Request for a Stay of these Proceedings. *See* Docket Entry No. 5. Plaintiff's opposition to the FDIC's motion is currently due on April 6, 2010.

---

[1] Defendant Waterfield Group's motion to dismiss was made by Affinity Financial Corp., d/b/a Waterfield Group. For purposes of this motion, Plaintiff continues to refer to Defendant Waterfield Group, as identified in the caption.

3. On March 29, 2010, Defendant Waterfield Group filed its Motion to Dismiss. *See* Docket Entry No. 7. Plaintiff's opposition to the Motion to Dismiss is currently due on April 12, 2010.

4. Plaintiff's request for an extension of time to respond to Defendants' motions is made because lead counsel for Plaintiff will be commencing a trial in federal court the week of April 4.

5. The requested extension will not prejudice any party and is not being made for the purpose of undue delay.

6. Counsel for Defendants Waterfield Group and Waterfield Bank have consented to this requested extension.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests an extension of time to May 12, 2010 to respond to defendants' motions.

Respectfully Submitted,

DATED: March 31, 2010        *//s//*  Jason H. Ehrenberg
                                                    ────────────────────────────
                                                    Jason H. Ehrenberg (#16481)
                                                    Bailey & Ehrenberg PLLC
                                                    1015 18th Street, N.W.
                                                    Suite 601
                                                    Washington, D.C.  20036
                                                    Telephone:  (202) 331-1331
                                                    Facsimile:  (202) 318-7071

                                                    and

                                                    THOMPSON WIGDOR & GILLY LLP
                                                    Scott B. Gilly (*pro hac vice application to be filed*)
                                                    Eyad Asad *(pro hac vice application to be filed)*
                                                    85 Fifth Avenue
                                                    New York, NY 10003
                                                    Telephone: (212) 257-6800
                                                    Facsimile: (212) 257-6845

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

---------------------------------------------------------------- x
                                       :
**MALCOLM HOLLENSTEINER,**         :
                                       :
                   Plaintiff,          :      Case No. 8:10-cv-00200 (AW)
                                       :
      - against -                       :
                                       :
**WATERFIELD GROUP, et al.,**          :
                                       :
                  Defendants.        :
                                       :
----------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2010, a copy of the foregoing Plaintiff's Motion on Consent for an Extension of Time to Respond to Defendant Waterfield Group's Motion to Dismiss and Defendant Waterfield Bank's Motion to Stay These Proceedings was served upon all counsel of record in this case via electronic notification

                                                         *//s//  Jason H. Ehrenberg*
                                                        _____
                                                              Jason H. Ehrenberg