**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

---------------------------------------------------------------- x
                                                      :

MALCOLM HOLLENSTEINER,              :

                                      Plaintiff,           :        Case No. 8:10-cv-00200 (AW)

         - against -                             :

WATERFIELD GROUP, et al.,             :

                                     Defendants.       :

----------------------------------------------------------------X

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion on Consent for an Extension of Time to Respond to Defendant Waterfield Group's Motion to Dismiss and Defendant Waterfield Bank's Motion to Stay These Proceedings, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that deadline for Plaintiff to respond to Defendants' motions is extended to May 12, 2010.

                                                                       _____
                                                                       Alexander Williams, Jr.
                                                                       United States District Judge

Dated: _____, 2010