**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MALCOLM HOLLENSTEINER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. AW-10-200 |
| | * | |
| WATERFIELD GROUP, *et al.*, | * | |
| | * | |
| Defendants. | * | |

*************************************************************************

## ORDER

Upon consideration of Plaintiff's Consent Motion to Stay Proceedings Against All Defendants (Doc. No. 15), IT IS this **12th day of May 2010**, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Plaintiff's Consent Motion to Stay Proceedings Against All Defendants (Doc. No. 15) BE, and the same HEREBY IS, **GRANTED**;

2. That all proceedings in this matter are stayed, including, but not limited to Defendant's Motion to Dismiss, pending the outcome and/or resolution of Plaintiff's claims against Defendant Waterfield Bank with the FDIC;

3. That the Clerk of the Court Administratively **CLOSE** this case; AND

4. That the Clerk of the Court transmit a copy of this Order to all counsel of record.


/s/
Alexander Williams, Jr.
United States District Judge