UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

October 12, 2010

Jason Herbert Ehrenberg
Bailey and Ehrenberg PLLC
1015 18th St NW Ste 601
Washington, DC 20036

     Re:    Case No. AW 10 CV 200

Dear Counsel:

Your Motion to Reopen Case was received in electronic format on 10/08/2010.

☐    The document should have been filed electronically. It has been scanned and filed electronically by court staff.

☐    The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

☐    You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

☒    When filing a motion, each court document must be scanned individually into separate PDF documents. Your documents were scanned into a single PDF.

All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

     If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

     Please be advised that any future filings which are not made electronically may be returned to you.

                                                 Very truly yours,

                                               C. Martin
                                               for
                                               Felicia C. Cannon, Clerk

cc: Other counsel/party
Warning letter (Rev. 6/14/2005)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**