IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MALCOLM HOLLENSTEINER,<br><br>    Plaintiff,<br><br>    v.<br><br>WATERFIELD GROUP, *et al.*,<br><br>    Defendants. | Civil Action No.: 8:10-cv-00200 (AW) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Scott D. Burke and David M. Souders, of the law firm of Weiner Brodsky Sidman Kider PC, hereby request leave of this Court to withdraw as counsel for Defendant the Federal Deposit Insurance Corporation, as Receiver ("FDIC"). FDIC has obtained Erik H. Nyce as new counsel of record. Mr. Nyce entered his appearance in this matter yesterday. ECF No. 32.

Dated: July 7, 2011                                  Respectfully submitted,

                                                            WEINER BRODSKY SIDMAN KIDER PC

                                        By:   /s/Scott D. Burke_____
                                                Scott D. Burke (Bar No. 016117)
                                                David M. Souders (Bar No. 441491)
                                                1300 19th Street, NW, Fifth Floor
                                                Washington, DC 20036
                                                Telephone: (202) 628-2000
                                                Facsimile: (202) 628-2011
                                                souders@wbsk.com
                                                burke@wbsk.com

                                                *Attorneys for Defendant the Federal Deposit*
                                                *Insurance Corporation, as Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th of July, 2011, a copy of the foregoing was served upon the following counsel of record via electronic notification:

Jason H. Ehrenberg, Esq.
Bailey & Ehrenberg PLLC
1015 18th Street, N.W.
Suite 601
Washington, D.C.  20036
*Counsel for Plaintiff Malcolm Hollensteiner*

Erik H. Nyce
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
*Counsel for Defendant FDIC*

And via U.S. mail, first-class, postage pre-paid:

Jeremy Rachlin
Pasternak & Fidis, P.C.
7735 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814-6183
*Counsel for Defendant David Brown*

/s/Scott D. Burke_____
Scott D. Burke (Bar No. 016117)