

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Basil C. Sitaras**
bsitaras@thompsonwigdor.com

July 12, 2011

**VIA ECF**
Honorable Alexander Williams, Jr.
United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:   *Hollensteiner v. Waterfield Group, et al.*
              No. 8:10-CV-00200

Dear Judge Williams:

      This firm represents the Plaintiff, Malcom Hollensteiner, in the above referenced matter. We write to respectfully request a brief two (2) day extension of time from today, July 12, 2011, until July 14, 2011, to file a motion for leave to amend the complaint in compliance with Local Rule 103(6) and to come to a final decision with respect to whether to remove David Brown as an individual defendant in this particular action, both pursuant to the Court's June 27, 2011 Order. The reason for this request is that I have spent the majority of the past two weeks, since June 28, 2011, in Los Angeles preparing for a trial, returned to New York yesterday, and have been engaged in a private mediation for the entirety of today. Both Erik H. Nyce, Esq. and David M. Souders, Esq. consent to this request. This is Plaintiff's first request for the relief stated herein.

      Thank you for your consideration in this regard.

Sincerely,

  /s/

Basil C. Sitaras

cc:    David M. Souders, Esq. (via email)
        Eric H. Nyce, Esq. (via email)