# Exhibit A



# Waterfield Bank

July 23, 2008

Malcolm Hollensteiner
mbhfnmc@aol.com

Dear Malcolm,

This letter will confirm our offer concerning your employment by Waterfield Bank ("Bank") as its Senior Vice President & Manager - Retail Mortgage Banking, and the various terms and conditions of your employment.

Your employment shall begin upon August 1, 2008 or as soon thereafter as mutually agreeable (the "Effective Date"). Either you or Bank may terminate this employment relationship, without cause, upon 30 days' written notice of intent to terminate. The Bank may also terminate your employment for cause immediately upon giving written notice.

1. Position: You shall serve as Senior Vice President & Manager - Retail Mortgage Banking of the Bank, and shall have such other duties or positions to which the Chief Executive Officer of the Bank, in his sole and absolute discretion, assigns you, provided that in all events such positions shall be consistent with a senior level executive of the Bank and you shall report directly to the Executive Vice President and Chief Real Estate Officer of the Bank or an equivalent level officer of the Bank.

2. Salary: You shall receive, commencing as of the Effective Date, salary at the annual rate of $150,000.00 ("Base Compensation") payable in twenty-six substantially equal installments per year, plus, prior to receiving Profit Sharing as defined below, an Override Commission of 10 bps for all retail production net of mark to market charges and reversal of credit for unsaleable loans. The Override Commission will be payable until the earlier of i) 12 months following the Effective Date; or, ii) your meeting the requirements for Profit Sharing. The Bank shall review your performance on no less than an annual basis and may, in its sole discretion, increase your Base Compensation.

3. Incentive and Other Compensation: Profit Sharing will be equal to 65% of profits in excess of a 15% after tax Return On Equity ("ROE") hurdle for Retail Mortgage Banking, measured consistently with the agreed pro forma for Retail Mortgage Banking and the Bank's practices. As an incentive to accept the Bank's offer your initial compensation will be: i) during the first six months of employment the greater of $30,000 monthly, or Base Compensation and Override Commissions or Profit Sharing; ii) and during the second six months, the greater of Base Compensation and Override Commissions, or Base Compensation and Profit Sharing, provided however once Profit

18881 Von Karman, Suite 1700, Irvine, CA 92612
T) 949.417.1709  F) 949.417.4311
6903 Rockledge Drive, Suite 525, Bethesda, MD 20817
T) 240.482.8140

Sharing is earned no further Override Commissions are payable; and iii) thereafter incentive compensation will consist entirely of Profit Sharing. The Bank will use its best efforts to provide a formal written incentive plan, consistent with the agreed pro forma projections for Retail Mortgage Banking, regarding Profit Sharing will be completed within 90 days of the Effective Date. The plan shall be subject to approval by the Compensation Committee of the Bank's Board, will be reviewed annually, and may be revised at the discretion of the Compensation Committee.

4. Stock Options: Pursuant to the terms of Affinity Financial Corporation's ("Company") Stock Option Plan and subject to the Company's Board's approval, you shall be entitled to participate in such programs on the same basis as other similarly situated executives; provided however this provision shall not entitle you to receive options which are intended to be limited in application to individual executives, or are provided for in individual employment agreements. Subject to the Company's Board's approval, you will be initially granted non-qualified options to purchase 15,000 shares of common stock of the Company, which will vest one third on each annual anniversary of the Effective Date. The exercise price of the options shall be the value of the Company's shares established in the most recent private equity financing closing as of the Effective Date of the grant of options. In the event of a dissolution, liquidation, reorganization, merger, consolidation, acquisition or similar event of the Company or the Bank, all options granted shall vest and become fully exercisable in full prior to the date the subject transaction is consummated. In the event of your death or disability, you or your estate, as the case may be, will have one year thereafter to exercise said options. The Company shall ensure that the relevant stock option grant agreement reflects such one year exercise period. Your Stock Option Grant and copy of the Company's Stock Option Plan will be provided to you in a separate letter following Board approval.

5. Severance: Your employment shall be at will, provided however, the Bank agrees:

    (a) In the event that your employment is terminated without cause and you continue to render services to the Bank pursuant to this Agreement until the date of termination, on the date of termination you shall be paid severance in a lump sum equal to the greater of either i) the average of the annual Base Compensation, Override Commissions and Profit Sharing paid from the Effective Date to the date of termination (all compensation shall be annualized for purposes of this calculation), or ii) $300,000. In addition all vesting benefits including, without limitation, all stock option grants held by Executive will, upon termination, become fully vested and exercisable. This provision (a) is effective on the Effective Date and expires one year following the Effective Date. Further, this Agreement must be signed by the Executive and the Chief Executive Officer of the Bank. This provision will terminate as stated above and may be renewed by the board of directors on an annual basis.

    (b) If any person or entity acquires or otherwise becomes the owner of 50% or more of either the Company's or the Bank's voting stock, or 70% or more of the assets of either organization are sold outside the course of normal business,

or the Company's or Bank's shareholders approve the dissolution or liquidation of the Company or Bank respectively, then a "Change of Control" will be deemed to have occurred; provided however, the completion of the existing private equity financing or the completion of a public offering shall not constitute a Change of Control. If a Change of Control occurs, and within the period beginning 90 days prior to the announcement of such event to 365 days following the actual event your employment is terminated without cause or you resign for good reason as defined below, then you will be paid in a lump sum the greater of either i) the average of the annual Base Compensation, Override Commissions and Profit Sharing paid from the Effective Date to the date of termination (all compensation shall be annualized for purposes of this calculation), or ii) $600,000. In addition, upon a Change of Control all vesting benefits including, without limitation, all stock option grants held by you will become fully vested and exercisable. "Good Reason" shall mean, the Bank's relocation of your workplace, in the absence of the your reasonable consent, to a location greater than 50 miles of your current location; any material reduction, in the absence of your reasonable consent, of your title, duties or responsibilities, or terms or conditions of employment hereunder, including without limitation, any change in the direct reporting relationship as between you and the Executive Vice President & Chief Real Estate Officer, or equivalent level executive officer of the Bank.

(c) In the event your employment is terminated without cause, the Bank shall pay a portion of the COBRA premium equal to the difference between the COBRA premium and your monthly contribution towards health care benefits to continue your (and, if applicable, your family's) health care coverage, which was in effect as of the date of termination, for the lesser of i) eighteen (18) months from the date of termination, or ii) the period until you are re-employed and have available to you health care coverage from your employer; so long as you continue to timely pay your portion of the COBRA premium.

(d) In the event your employment is terminated with cause, the Bank shall pay your Base and Incentive Compensation through the date of termination, but all other compensation, benefits and stock options shall terminate upon the date of termination. For purposes of this letter, "cause " includes but is not limited to gross negligence or willful misconduct, refusal or failure to perform your duties, your conviction or pleading *nolo contendere* to a felony of any kind or misdemeanor involving personal dishonesty, your breach of fiduciary duty to the Bank, or any act or omission that provides you a personal advantage to the detriment of the Bank.

(e) To be eligible to receive any severance payments you will be required to execute and deliver (and not revoke, if a revocation period is required by law) a release of all claims against the Bank, the Company and any of its subsidiaries, affiliates, shareholders, members, partners, investors, officers, directors, agents and employees.

6. Benefits: You shall be entitled to participate in all Company sponsored pension plans, including 401(k) and other employee plans and benefits established by the Company or the Bank on the same terms generally applicable to the Bank's other similarly situated executives.

7. PTO: You shall be entitled to 20 days of PTO (Personal Time Off) annually in accordance with regular Bank policy.

8. Business Expenses: The Bank shall promptly, but in no event later than 30 days after submission of a claim of expenditures, subject to its expense reimbursement policy reimburse you for all reasonably incurred business expenses including, without limitation, business seminar fees, professional association dues, and other reasonable entertainment expenses and dues that are incurred by you in connection with the business of the Bank and/or its respective subsidiaries and affiliates, upon presentation to the Bank of written receipts for such reimbursement for all expenses.

9. Devotion of Time and Effort: You shall use your good faith best efforts and judgment in performing your duties as required hereunder and to act in the best interests of the Bank and the Company. You shall devote your full working time, attention and energies to the business of the Bank to satisfy your required responsibilities and duties hereunder. As an officer of the Bank, you will be covered by the Bank's D&O insurance in accordance with provisions of the policies.

10. Other Activities: You may engage in other activities while employed by the Bank, including without limitation, charitable, community and other business activities, provided that you advise the President of the Bank in writing of such activities prior to undertaking such activities and, in the judgment of the Board, such other activities do not materially interfere with the performance of your duties hereunder.

11. Regulatory Actions: The following provisions shall be applicable to the parties to the extent that they are required to be included in employment agreements between a savings association and its employees pursuant to Section 563.39(b) of the Regulations Applicable to All Savings Associations, 12 C.F.R. §563.39(b), or any successor thereto, and shall be controlling in the event of a conflict with any other provision of this Agreement, including without limitation Section 5 hereof.

      (a) If you are suspended from office and/or temporarily prohibited from participating in the conduct of the Bank's affairs pursuant to notice served under Section 8(e)(3) or Section 8(g)(1) of the Federal Deposit Insurance Act ("FDIA") (12 U.S.C. §1818(e)(3) and 1818(g)(1)), the Bank's obligations under this Agreement shall be suspended as of the date of service, unless stayed by appropriate proceedings. If the charges in the notice are dismissed, the Bank may, in its discretion: (i) pay you all or part of the compensation withheld while its obligations under this Agreement were suspended, and (ii) reinstate (in whole or in part) any of its obligations which were suspended.

(b) If you are removed from office and/or permanently prohibited from participating in the conduct of the Bank's affairs by an order issued under Section 8(e)(4) or Section 8(g)(1) of the FDIA (12 U.S.C. §1818(e)(4) and (g)(1)), all obligations of the Bank under this Agreement shall terminate as of the effective date of the order, but vested rights of you and the Bank as of the date of termination shall not be affected.

(c) If the Bank is in default, as defined in Section 3(x)(1) of the FDIA (12 U.S.C. §1813(x)(1)), all obligations under this Agreement shall terminate as of the date of default, but vested rights of you and the Bank as of the date of termination shall not be affected.

(d) All obligations under this Agreement shall be terminated pursuant to 12 C.F.R. §563.39(b)(5), except to the extent that it is determined that continuation of the Agreement for the continued operation of the Bank is necessary: (i) by the Director of the Office of Thrift Supervision ("OTS"), or his/her designee, at the time the Federal Deposit Insurance Corporation ("FDIC") enters into an agreement to provide assistance to or on behalf of the Bank under the authority contained in Section 13(c) of the FDIA (12 U.S.C. §1823(c)); or (ii) by the Director of the OTS, or his/her designee, at the time the Director or his/her designee approves a supervisory merger to resolve problems related to operation of the Bank or when the Bank is determined by the Director of the OTS to be in an unsafe or unsound condition, but vested rights of the Executive and the Bank as of the date of termination shall not be affected.

12. Regulatory Prohibition: Notwithstanding any other provision of this Agreement to the contrary, any payments made to you pursuant to this Agreement, or otherwise, are subject to and conditioned upon their compliance with Section 18(k) of the Federal Deposit Insurance Act (12 U.S.C. §1828(k)) and the regulations promulgated thereunder, including 12 C.F.R. Part 359. In the event of your termination of employment with the Bank for Cause, all employment relationships and managerial duties with the Bank shall immediately cease.

13. Amendment: Except as provided below, this Agreement may not be amended or modified at any time except by a written instrument executed by you and the Bank. In the event that the Board of Directors of the Bank determines, after a review of Section 409A of the Internal Revenue Code ("Code") and all applicable Internal Revenue Service guidance, that this Agreement should be amended to comply with Section 409A of the Code, then you and the Board of Directors shall negotiate in good faith any changes to this Agreement required to comply with Section 409A of the Code.

14. Other Conditions: You will be required to sign standard confidentiality & non-compete documentation as a condition of employment. Employment is also conditional upon the satisfactory completion of pre and post employment background, reference, credit, criminal and other checks, and, if requested, your participation in a medical

examination which includes testing for the presence of drugs. Your employment will be subject to various Company and Bank policies and guidelines. Additionally, our offer is made on the understanding that you are not subject to any obligation that would in any way restrict the performance of your duties with us, and you have retained no confidential or proprietary information and/or trade secrets from any previous employer.

Malcolm, we all look forward to the success of Retail Mortgage Banking under your leadership.


WATERFIELD BANK

*Roy A Henderson* (signature)

By:_____
Roy A. Henderson
President & Chief Executive Officer

I accept your offer of employment as set forth in this letter.

Malcolm Hollensteiner

_____

_____
Date