IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MALCOLM HOLLENSTEINER | : | |
| Plaintiff | : | |
| v. | : | Case No.: 8:10-cv-00200 (AW) |
| WATERFIELD GROUP, et al. | : | |
| Defendants | : | |

## ANSWER

COMES NOW Defendant, the Federal Deposit Insurance Corporation, as Receiver of Waterfield Bank, by and through its attorneys, Erik H. Nyce and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and, as Answer to the Plaintiff's Second Amended Complaint filed herein, states as follows

## GENERAL DEFENSES

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claim is barred by the statute of limitations.

### THIRD DEFENSE

Defendant avers that the written instruments involved in this action were not executed.

### FOURTH DEFENSE

Plaintiff was injured by a person or persons over/which this Defendant had no control.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## FIFTH DEFENSE

That this claim is barred by the doctrine of res judicata.

## SIXTH DEFENSE

That this claim is barred by fraud.

## SEVENTH DEFENSE

That there has been an accord and satisfaction that bars the action.

## EIGHTH DEFENSE

That there has been a mitigation and/or set off that bars this action.

## NINTH DEFENSE

That this action is barred by the doctrine of collateral estoppel.

## TENTH DEFENSE

That this court lacks jurisdiction to hear this claim.

## ELEVENTH DEFENSE

That this claim is barred by illegality.

## TWELFTH DEFENSE

That this claim is barred by the doctrine of laches.

## THIRTEENTH DEFENSE

That this claim is barred by waiver.

## FOURTEENTH DEFENSE

That this action is barred by estoppel.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

### FIFTEENTH DEFENSE

Plaintiff's action is barred by the Statute of Frauds.

### SIXTEENTH DEFENSE

That this plaintiff's action is barred by Defendant's immunity.

### SEVENTEENTH DEFENSE

That plaintiff's action is barred by payment.

### EIGHTEENTH DEFENSE

That any claim against Defendant has been released.

### NINETEENTH DEFENSE

That the claim is barred because of failure of consideration.

### TWENTIETH DEFENSE

The plaintiff lacks standing to bring this suit.

### TWENTY-FIRST DEFENSE

That the claim is barred because of failure of consideration.

### TWENTY-SECOND DEFENSE

The plaintiff failed to mitigate damages.

### TWENTY-THIRD DEFENSE

Plaintiff's claim is barred by the doctrine of ultra vires.

### TWENTY-FOURTH DEFENSE

This defendant reserves the right to assert additional defenses as indicated.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## RESPONSE TO SPECIFIC ALLEGATIONS

1. Paragraph 1 does not require a response.

2. This defendant was not involved in the subject transactions but is being sued in its capacity as Receiver of Waterfield Bank. This defendant lacks sufficient information upon which to admit or deny the allegations contained in paragraphs 2, 3, 4, 7, 8, 10, 11, 12, 13, 14, 15, 17, 18, 19, 23, 24, 25, 26, 27, 28, 33, 34, 35, 36, 37, 38, 39, 40, 42, 43, 45, 46, 47, 48, 49, 50, 51, 52, 53, 57, 58, 59, 60, 65, 66, 67, 70, 71, 72, 73, 74, 76, 77, 78, 79, 80, 81, 82, 84, 85, 86, 87, 88, 89, and 90, however, the forgoing paragraphs are denied and strict proof is demanded.

3. The allegations in paragraphs 5, 6, 55, 56, 61, 63, 64, and 68 are legal conclusions or statements of the law and as such do not require a response, however the paragraph is denied.

4. Paragraph 9 is denied as the Waterfield Bank is no longer is existence.

5. This defendant was not involved in the subject transactions but is being sued in its capacity as Receiver of Waterfield Bank. This defendant lacks sufficient information upon which to admit or deny the allegations contained in paragraphs 16, 20, 21, 22, 29, 30, 31, 32, 41, and 44 however, the forgoing paragraphs are denied and strict proof is demanded. Exhibit A or the "Employment Agreement" is not signed by all parties and its authenticity and due execution is denied pending discovery.

6. Answers to specific allegations are incorporated herein for paragraphs 54, 62, 69, 75, and 83.

7. The defendant denies any material allegation which it does not admit.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____
17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____
3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

WHEREFORE, The FDIC as Receiver of Waterfield Bank prays:

1. That this matter be dismissed, with costs,

2. And for such further and other relief as the nature of this cause may require.

    Respectfully submitted,

    DeCARO, DORAN, SICILIANO,
     GALLAGHER & DeBLASIS, LLP


By: /s/ Erik H. Nyce
    Erik H. Nyce   (Bar No.:9707)
    17251 Melford Boulevard, Suite 200
    Bowie, Maryland 20715
    (301) 352-4950
    (301) 352-8691 - Fax
    enyce@decarodoran.com
    **Counsel for Defendant**
    **the Federal Deposit Insurance Corporation,**
    **as Receiver of Waterfield Bank**

## JURY DEMAND

Defendant, the Federal Deposit Insurance Corporation, as Receiver of Waterfield Bank, respectfully requests a trial by jury on all issues raised herein.

    Erik H. Nyce

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
_____

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
_____

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **4th** day of **October** of **2011,** a copy of the foregoing document was via electronic notification from the United State's District Court for the District of Maryland to:

Jason H. Ehrenberg, Esquire
Bailey & Ehrenberg PLLC
1015 18th Street, N.W., Suite 601
Washington, D.C.  20036
Email: jhe@becounsel.com

and

Scott B. Gilly, Esquire
Eyad Asad, Esquire
Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, New York 10003
Email: sgilly@twglaw.com
Email: easad@twglaw.com
***Counsel for Plaintiff***

Scott D. Burke, Esquire
David M. Souders, Esquire
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
***Counsel for Defendant Waterfield Group***

And via U.S. Mail, first-class, postage pre-paid:

Jeremy Rachlin, Esquire
Pasternak & Fidis, P.C.
7735 Old Georgetown Road, Suite 1100
Bethesda, Maryland 20814-6183
Email:  jrachlin@pasternakfidis.com
***Counsel for Defendant David Brown***

Erik H. Nyce

I:\Common\WP\L3\EHN\Hollensteiner v. Waterfield\Pleadings\Answer to 2nd Amended Complaint of FDIC.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548